Buffalo for the appointment of commissioners of appraisal to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by change of grade, etc., and claimed to be owned by Peter Hof and others.

PER CURIAM. Order and report reversed as to parcel No. 2, owned by the Otis Elevator Company, and a new hearing and appraisal directed to be had before new commissioners, as to that parcel, with costs to appellants to abide event. Held, that it does not appear that the depression in the grade of Ferry street in front of the lands of the Otis Elevator Company abutting upon that street, from three to four feet, has prevented the possibility of a switch track across Ferry street at that point into the Elevator Company's property. So far as appears, if the right to lay such a track across Ferry street can be secured, the track can be laid at the present grade of Ferry street, and the necessary excavations made on either side to permit the laying of such switch track at that grade. Order and report affirmed as to parcels Nos. 20 and 32, with costs, and affirmed as to parcel No. 5, without costs. Held, that the records of the established and recorded grades of the streets, the grades of which were changed, were properly received to support the awards, and they are sufficient for that purpose. See, also, 151 N. Y, Supp. 1119.

KRUSE, P. J., and LAMBERT, J.. concur, except as to parcel No. 2, voting for affirmance as to that parcel.

———

GRAFTON, Respondent, v. BALL, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Robert Grafton against John Oscar Ball. No opinion. Judgment and order affirmed, with costs. See, also, 152 N. Y. Supp. 1114; 153 N. Y. Supp. 1118.

———

GRAFTON, Respondent, v. BALL, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Robert Grafton against John Oscar Ball. No opinion. Motions denied. See, also, 153 N. Y. Supp. 1118.

———

GRAHAM, Appellant, v. HEHN, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Alfred J. Graham against Anton Hehn. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1118.

———

GRAHAM, Respondent, v. HEHN, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Alfred J. Graham against Anton Hehn. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1118.

———

GRECO, Respondent, v. BECKER et al., Defendants. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Michael Greco and another against Rose Becker and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1114.

———

GREVE et al., Appellants, v. GRAF, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Charles A. Greve and another against Fred Graf. No opinion. Motion granted, without costs, without prejudice to an application to be made to this court for leave to file the exceptions nunc pro tunc.

———

GRIFFITH v. CUPPLES. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Anna J. Griffith, as administratrix, etc., against Victor William Cupples. No opinion. Motion granted, without costs. See, also, 151 N. Y. Supp. 1119.

———

GROTE, Respondent, v. PROGRESSIVE HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Alfred W. Grote against the Progressive Hotel Company. J. T. Weed, of New York City, for appellant. B. Cohen, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

———

GUINTINI v. THOMPSON. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Giovanni Guintini against Alex Thompson. No opinion. Motion denied, with $10 costs. Order filed.

———

GUMBINER, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Annabelle Gumbiner against the Pennsylvania Railroad Company. No opinion. Argument set down for May 19th; appellant's briefs to be filed and served by May 14th.

———

GURNEY v. CONNECTICUT CAB CO. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Edward Gurney against the Connecticut Cab Company. No opinion. Judgment and order affirmed, with costs. Order filed.

———

GURNEY, Respondent, v. CONNECTICUT CAB CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Mary F. Gurney against the Connecticut Cab Company. T. H. Lord, of New York City, for appellant. W. M. Parke, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.